1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH SMITH,

11              Plaintiff,                    No. CIV S-07-1621 LKK KJM PS

12        vs.

13   SACRAMENTO SHERIFF'S DEP'T.,
     et al.
14
                Defendants.              ORDER
15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On October 22, 2007, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within ten days.  The findings and

21   recommendations were reserved on plaintiff on November 19, 2007.  Plaintiff has not filed

22   objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

                                             1

1. The findings and recommendations filed October 22, 2007, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED:   February 15, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT